JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION,<br><br>               Plaintiff,<br><br>    v.<br><br>NAPLES RESTAURANT GROUP, LLC; JOHN MORRIS,<br><br>               Defendants. | Case No. 2:21-cv-09172-MCS-JEM<br><br>**JUDGMENT** |

Pursuant to the Court's Bench Verdict, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants Naples Restaurant Group, LLC, and John Morris and against Coastal Environmental Rights Foundation. This case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 20, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE