UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>NAPLES RESTAURANT GROUP, LLC, et, al.<br><br>  Defendants. | Case No. 2:21-cv-09172-MCS-JEM<br><br>**ORDER ON STIPULATION CONTINUING DEADLINES (ECF No. 141)**<br><br>Judge: Mark C. Scarsi<br><br>Original Due Date: July 8, 2025<br>Proposed Due Date: July 22, 2025 |

1 **ORDER**

2     Based on the Stipulation of the parties, and good cause appearing therefor, IT
3 IS ORDERED that the opposition brief and counterdeclaration and objection
4 deadlines currently set for July 8, 2025, are continued to July 22, 2025.

5     **IT IS SO ORDERED.**

7 DATED: June 30, 2025

*[signature: Mark C. Scarsi]*

    _____
    MARK C. SCARSI
    UNITED STATES DISTRICT JUDGE