UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION,<br><br>           Plaintiff,<br><br>     v.<br><br>NAPLES RESTAURANT GROUP, LLC; JOHN MORRIS,<br><br>           Defendants. | Case No. 2:21-cv-09172-MCS-JEM<br><br>**ORDER AND JUDGMENT DISMISSING CASE AS MOOT** |

1   After the bench trial in this matter, the Court entered a judgment dismissing the case without prejudice. (J., ECF No. 115.) On appeal, the Ninth Circuit vacated the judgment and remanded the action "with instructions to the district court to dismiss this case as moot." (Order & Opinion 24, ECF No. 146.) A mandate issued. (Mandate, ECF No. 147.)

Accordingly, it is ordered, adjudged, and decreed that this case is dismissed as moot. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 3, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE